# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 19–31667
                                                   Chapter 7

Demetrius Clark and Lasaundra Clark ,

    Debtors.

## ORDER TERMINATING STAY

    Upon consideration of the motion of the creditor, *U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES III TRUST,* for relief from the stay imposed by 11 U.S.C. § 362(a) and relief from the codebtor stay imposed by 11 U.S.C. § 1301(a),, the court concludes that either no response to the motion has been filed within the time allowed by L.B.R. 4001–1, Bankr. M.D. Ala., or a response was filed consenting to the motion and therefore the motion should be **GRANTED**. Accordingly, it is

    **ORDERED** that the stay and codebtor stay in this case with respect to this creditor is terminated. The creditor may now permit enforcement of a lien against the property of the estate or of the debtor described in the motion.

Dated September 9, 2019

/s/ Bess M. Parrish Creswell

Bess M. Parrish Creswell
United States Bankruptcy Judge